IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED COMMUNICATIONS
CORPORATION                                                                                    PLAINTIFF

V.                                             NO. 4:08CV03004

AMR INTERNATIONAL, INC.                                                        DEFENDANT

ORDER

Pending are AMR International, Inc.'s motions to join parties and to continue trial and amend the scheduling order. (Docket #'s 24 and 26). Plaintiff objects to the motions. For good cause shown, and in the interest of justice, Defendant's motions are granted. AMRI may file its Answer and Amended Counterclaims within five (5) days of the entry of this Order. The Court will remove this case from the trial docket the week of April 20, 2009. An amended scheduling order will be entered forthwith.

IT IS SO ORDERED this 28th day of January, 2009.

James M. Moody
United States District Judge