**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| **UNITED COMMUNICATIONS CORPORATION** | **PLAINTIFF** |
| V. NO. 4:08CV03004 | |
| **AMR INTERNATIONAL, INC.** | **DEFENDANT** |
| V. | |
| **ECOLOGICAL NETWORKING SYSTEMS, LTD, ET. AL** | **THIRD PARTY DEFENDANT** |

**JUDGMENT**

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff, United Communications Corporation be and is hereby awarded judgment of, and from, Defendant, AMR International, Inc. as follows: in the amount of One Hundred Thirty-Six Thousand, Four Hundred Sixty-Seven Dollars and Forty-Seven Cents ($136,467.47) plus interest thereon at the rate of eight percent (8%) per annum from July 31, 2008 to date in the amount of Thirteen Thousand, Six Hundred Forty-Six Dollars and Seventy-Four Cents ($13,646.74); in the amount of Sixty Thousand, Six Hundred Forty-Six Dollars and Fifty-Two Cents ($60,646.52), plus interest at the rate of seven percent (7%) per annum on the principal portion of Forty-Eight Thousand, Four Hundred Eighty-Four Dollars and Eighty-Nine Cents ($48,484.89) from July 31, 2008 to date in the amount of Four Thousand Two Hundred Seventy-Eight Dollars and Ninety-Two Cents ($4,278.92). For a total Judgment in the amount of Two Hundred and Fifteen Thousand and Thirty-Nine Dollars and Sixty-Five Cents ($215,039.65) together with interest from

this date until the date paid at a rate of .36% per annum.

    DATED this 16th day of October, 2009.

                                                                   _____
                                                                   James M. Moody
                                                                   United States District Judge